# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVER TOO HUNGOVER, LLC, | Case No.: 2:23-cv-01347-APG-EJY |
| Plaintiff | **Order Setting Briefing Schedule** |
| v. | |
| DRINKAID LLP, et al., | |
| Defendants | |

Plaintiff Never Too Hungover, LLC moves for a temporary restraining order and preliminary injunction because the defendants are allegedly using a trademark confusingly similar to the plaintiff's mark. The plaintiff did not file the motions as emergency motions. However, the plaintiff requests leave to email the defendants in addition to proper service under Federal Rules of Civil Procedure 4 and 5.

I ORDER the plaintiff to serve the defendants under Federal Rule of Civil Procedure 4 as soon as is practicable. Additionally, the plaintiff must immediately send the complaint, the motions for temporary restraining order and preliminary injunction, and a copy of this order by email to the defendants and their counsel (if known). The plaintiff will file with the court proof of service or a status report detailing its efforts within 21 days of emailing the defendants.

I FURTHER ORDER that the defendants may file a response to the motions for temporary restraining order and preliminary injunction within 21 days of the plaintiffs emailing the defendants the complaint, the motions, and a copy of this order. The plaintiffs may file a reply within seven days of the response.

DATED this 30th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE