UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVER TOO HUNGOVER, LLC,<br><br>    Plaintiff<br><br>v.<br><br>DRINKAID LLP, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01347-APG-EJY<br><br>**Order for Briefing Schedule** |

Plaintiff Never Too Hungover, LLC (NTH) moves for jurisdictional discovery and a stay of the order dismissing defendant Ryan Foo. ECF No. 29.

I THEREFORE ORDER that any response by the corporate defendants or Ryan Foo to the plaintiff's emergency motion must be filed by January 31, 2024.

I FURTHER ORDER the plaintiff to serve a copy of this Order on the corporate defendants and Ryan Foo in the same manner that they served ECF No. 27, by no later than 5 p.m. PST today, January 25, 2024.

DATED this 25th day of January, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE