UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVER TOO HUNGOVER, LLC,<br><br>  Plaintiff<br><br>v.<br><br>DRINKAID LLP, et al.,<br><br>  Defendants | Case No.: 2:23-cv-01347-APG-EJY<br><br>**Order Granting Motion to Retain Personal Jurisdiction over the Defendants**<br><br>[ECF No. 46] |

Plaintiff Never Too Hungover, LLC (NTH) moves for an order confirming that this court will exercise personal jurisdiction over the defendants. ECF No. 46.  The defendants have not responded to the motion and their time to do so has expired.  Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion."  Based on that rule, and because NTH's motion is supported by good cause, I grant the motion.

I THEREFORE ORDER that Never Too Hungover, LLC's motion **(ECF No. 46) is granted.**  Defendants DrinkAid LLP, DrinkAid Wellness PTE. Ltd., and Ryan Foo are subject to personal jurisdiction in this district.

I FURTHER ORDER defendant Ryan Foo to file an Answer or other response to the complaint (ECF No. 1) by October 11, 2024.  The failure to do so may result in entry of default against him.[1]

DATED this 20th day of September, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Default has already been entered against the entity defendants. ECF No. 50.