**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
BRADY A. BATHKE, ESQ.
Nevada Bar No. 16191
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4439
Fax: (844) 670-6009
Email: jkrieger@dickinsonwright.com
Email: bbathke@dickinsonwright.com

*Attorneys for Plaintiff*
*Never Too Hungover, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVER TOO HUNGOVER, LLC, a Nevada limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>DRINKAID LLP, a Singapore company; DRINKAID WELLNESS PTE. LTD., a Singapore company; and RYAN FOO, an individual.<br><br>*Defendants*. | CASE NO.: 2:23-CV-01347-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

      IT IS HEREBY STIPULATED between Plaintiff Never Too Hungover, LLC ("Plaintiff"), by and through its counsel, and Defendants Drinkaid LLP, Drinkaid Wellness PTE. LTD., and Ryan Foo (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as "Parties") as follows:

      1.     The Parties have fully resolved this matter via a negotiated settlement agreement.

      2.     The Parties agree to dismiss this case without prejudice, each party to bear their own fees and costs.

3. The parties agree that the bond posted by Plaintiff on September 24, 2024, in the amount of Five Thousand Dollars ($5,000.00), which has been held in deposit with the Court, shall be released and returned back to Plaintiff, plus all accrued interest.

**IT IS SO AGREED AND STIPULATED:**

| DATED: January 14, 2025 | DATED: January 14, 2025 |
|---|---|
| **DICKINSON WRIGHT PLLC** | **DRINKAID LLP** |
| /s/ John L. Krieger | /s/ Solomon Poon |
| JOHN L. KRIEGER, ESQ.<br>Nevada Bar No. 6023<br>BRADY A. BATHKE, ESQ.<br>Nevada Bar No. 16191<br>3883 Howard Hughes Pkwy., Suite 800<br>Las Vegas, Nevada 89169<br>Email: jkrieger@dickinsonwright.com<br>Email: bbathke@dickinsonwright.com | **DRINKAID WELLNESS PTE. LTD.**<br><br>/s/ Solomon Poon<br><br>**RYAN FOO**<br><br>/s/ Ryan Foo |

*Attorneys for Plaintiff*
*Never Too Hungover, LLC*

## ORDER

Based on the stipulation of counsel and good cause appearing, the foregoing case is hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED:** January 15, 2025

_____
**UNITED STATES DISTRICT JUDGE**